IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:08cv28

DENISE PATTERSON,            )
                             )
           Plaintiff,        )
                             )
vs.                          )
                             )
GRAHAM COUNTY, et al.,       )
                             )
           Defendants.       )
_____)

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. 22] is **GRANTED**. Judgment is hereby entered in favor of the Defendants Graham County; Lynn Cody, in his official capacity as member of the Graham County Board of Commissioners; Jerry Sherrill, in his official capacity as member of the Graham County Board of Commissioners; Gene Trull, in his official capacity as member of the Graham County Board of Commissioners; Raymond Williams, in his official capacity as member of

the Graham County Board of Commissioners; and Billy Cable, in his official capacity as member of the Graham County Board of Commissioners, against the Plaintiff Denise Patterson. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: November 3, 2009

Martin Reidinger
United States District Judge